[No. 12378-2-III.    Division Three.    July 7, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. LOUIE W.
CHARLES, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima
County, No. 91-1-01533-9, Robert N. Hackett, Jr., J., entered
March 18, 1992. *Reversed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, A.C.J., and Munson, J.

[No. 13051-7-III.    Division Three.    July 7, 1994.]

HARVEY R. CHAUSSEE, ET AL, *Respondents*, v. FORNEY
MANAGEMENT CO., INC., *Petitioner.*

Appeal from a judgment of the Superior Court for Yakima
County, No. 91-2-02345-9, Stephen M. Brown, J., entered
January 27, 1993. *Affirmed* by unpublished opinion per
Schultheis, J., concurred in by Sweeney, A.C.J., and Munson, J.

[No. 12963-2-III.    Division Three.    July 7, 1994.]

*In the Matter of the Marriage of* JAMES F. SMALL,
*Respondent, and* DEBRA K. SMALL, *Appellant.*

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 84-3-00097-4, Yancey Reser, J., entered
January 12, 1993. *Affirmed in part* and *reversed in part* by
unpublished opinion per Schultheis, J., concurred in by
Sweeney, A.C.J., and Munson, J.